No. 75–5412. MILLS *v.* MUSCOGEE COUNTY SUPERIOR COURT, COLUMBUS, GEORGIA, *ante,* p. 989;

No. 75–5476. TARAS *v.* FIRST ARLINGTON NATIONAL BANK, *ante,* p. 998; and

No. 75–5558. ROY *v.* DUNN, *ante,* p. 1022. Petitions for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.

No. 74–1414. SHUMAR *v.* UNITED STATES, *ante,* p. 879. Motion for leave to proceed further herein *in forma pauperis* granted. Motion for leave to file petition for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these motions.

No. 75–175. GRIFFITH *v.* UNITED STATES, *ante,* p. 926. Motion for leave to file petition for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

JANUARY 16, 1976

No. A–637. GRATTON *v.* UNITED STATES. Application for recall and stay of mandate of the United States Court of Appeals for the Seventh Circuit, presented to MR. JUSTICE STEVENS, and by him referred to the Court, denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this application.

JANUARY 19, 1976

No. 75–740. GRAHAM *v.* FONG EU, SECRETARY OF STATE OF CALIFORNIA, ET AL. Affirmed on appeal from D. C. N. D. Cal.